


JUN 08 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| v. | § Criminal Action No.: H-4:17-cr- |
| | § |
| | § 17-345 |
| JOSE SALOMON MADRID-PAZ, a/k/a MARIO MIRANDA, a/k/a EMIO TORRES GOMEZ, a/k/a MIGUEL MATEO FLORES, a/k/a JORGE MENDAREZ PAZ, a/k/a JUAN DEDIOS GUTIERREZ, a/k/a "CHAPARRO," a/k/a "VIEJO"; and | § § § § § § |
| NORMAN RODOLFO CASTELLANO-MERCADO, a/k/a "SULTAN"; | § § § |
| Defendants. | § § |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, § 922(g)(5)(A) – Illegal Aliens in Possession of a Firearm

On or about November 1, 2016, in the Houston Division of the Southern District of Texas,

JOSE SALOMON MADRID-PAZ, a/k/a MARIO MIRANDA, a/k/a EMIO TORRES
GOMEZ, a/k/a MIGUEL MATEO FLORES, a/k/a JORGE MENDAREZ PAZ, a/k/a
JUAN DEDIOS GUTIERREZ, a/k/a "CHAPARRO," a/k/a "VIEJO"; and

NORMAN RODOLFO CASTELLANO-MERCADO,
a/k/a "SULTAN";

defendants herein, being aliens illegally and unlawfully in the United States, did knowingly possess, in and affecting foreign and interstate commerce:

One (1) Taurus PT140 40 caliber semi-automatic pistol;

Six (6) unfired rounds of 40 caliber ammunition;

One (1) Colt Model 80 38 Super caliber semi-automatic pistol; and

Two (2) unfired rounds of 38 caliber ammunition.

In violation of 18 United States Code, Section 922(g)(5)(A).

## NOTICE OF CRIMINAL FORFEITURE
[18 U.S.C. § 924(d) and 28 U.S.C. §2461(c) ]

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendants,

JOSE SALOMON MADRID-PAZ, a/k/a MARIO MIRANDA, a/k/a EMIO TORRES GOMEZ, a/k/a MIGUEL MATEO FLORES, a/k/a JORGE MENDAREZ PAZ, a/k/a JUAN DEDIOS GUTIERREZ, a/k/a "CHAPARRO," a/k/a "VIEJO"; and

NORMAN RODOLFO CASTELLANO-MERCADO, a/k/a "SULTAN";

that in the event of a conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set out in Count One of this indictment, the following is subject to forfeiture:

Any firearms and ammunition involved in or used in any knowing violation of section 922(g), including, but not limited to, one (1) Taurus PT140 40 caliber semi-automatic pistol, six (6) unfired rounds of 40 caliber ammunition, one (1) Colt Model 80 38 Super caliber semi-automatic pistol, and two (2) unfired rounds of 38 caliber ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney, Southern District of Texas

_____
Adam Laurence Goldman
Assistant United States Attorney

2